UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN WEISS,<br><br>        Plaintiff,<br><br>  v.<br><br>BIGBEAR.AI HOLDINGS, INC., et al.,<br><br>        Defendants. | 24-CV-00959 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  This case was filed on February 8, 2024. ECF No. 1. On February 9, 2024, the Court ordered the parties to file a joint status letter and proposed case management plan by April 3, 2024. ECF No. 3. That date has now passed, and no submission has been filed. Additionally, none of the eleven named Defendants has appeared. Accordingly, it is hereby **ORDERED** that the conference scheduled for April 11, 2024, at 11:00 a.m. (E.T.) is ADJOURNED *sine die*, pending appearance by the Defendants.

  Additionally, by **April 11, 2024**, Plaintiff is hereby **ORDERED** to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendants, including the status of any service attempts, and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case. Plaintiff is on notice that failure to prosecute his case will result in its dismissal.

  SO ORDERED.

Dated: April 4, 2024
   New York, New York

                     DALE E. HO
                     United States District Judge